UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

SAMAYA MCRAINE,

                     Plaintiff,

vs.

UNITED STATES OF AMERICA,

                     Defendant.

Case No. CV-21-24-M-DLC

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to state a claim upon which relief can be granted.

      Dated this 12th day of July, 2021.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

